UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **CHERYL JENKINS,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.  07-2193 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

In June 2004, Administrative Law Judge (hereinafter "ALJ") Richard Boyle denied disability insurance benefits and supplemental security income benefits to Plaintiff Cheryl Jenkins.  This decision became the final decision of the Regional Commissioner of the Social Security Administration in August 2007.

In November 2007, Plaintiff filed a Complaint for Judicial Review (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner denying benefits.  In May 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#15) and in July 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18).  In August 2008, Plaintiff filed a Reply in Support of Her Motion for Summary Judgment or Remand (#21) and Defendant filed a Surreply (#22).  After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#15) be granted.

Consistent with the Court's reasoning in the Report and Recommendation granting motion (#15), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten working days after service of a copy of this recommendation. *See* 28 U.S.C. 636(b)(1).  Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 26th day of February, 2009.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE